UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-22928-BKC-AJC
CHAPTER 13

IN RE:
MIGUEL ELIAS-SAUD
    Debtor
_____/

## DEBTOR'S OBJECTION TO CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST, NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

The Debtor, MIGUEL ELIAS-SAUD, by and through his undersigned attorney, objects to creditor, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust's Notice of Post-Petition Mortgage fees, expenses and charges and state:

1.    Creditor, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, holds a lien, a first mortgage, on the Debtor's homestead property located at 1857 Southwest 14th Terrace, Miami, FL 33145

2.    According to the Debtor's First Amended Chapter 13 Plan, [ECF 54] the Debtor engaged in the MMM program and the payments are being paid through the plan.

3.    This creditor is seeking Bankruptcy/poof of claim fees in the amount of $550.00 dated January 4, 2021, proof of Claim 410A in the amount of $250.00 dated January 4, 2021, plan review fees in the amount of $400.00.00 dated January 5, 2021 and Objection to Plan fees in the amount of $550.00 dated February 9, 2021. As this creditor is not entitled to any future and or reasonable fees and costs unless awarded by this court, this portion of the claim should be stricken and disallowed. Further, there is no equity in the property.

4.    Debtor's counsel has been forced to file this Objection to Creditor's Notice of Post-petition mortgage fees, expenses and charges, in response to creditor's filing of an

incorrect and/or improper Notice of Post-petition mortgage fees, expenses and charges, and therefore, respectfully requests this Court award attorney's fees and costs to Debtors' counsel.

WHEREFORE, the Debtor request that , U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust's Notice of Post-Petition mortgage fees, expenses and charges be stricken and disallowed and any other relief this Court deems proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Melbalynn Fisher, counsel for US. Bank at mfisher@ghidottiberger.com, Christopher Hellewell, counsel for US. Bank at chellewell@ghidottiberger.com and all others set forth in the NEF, this 11th day of May 2021, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 and U.S. Bank Trust National, Attn: Andrew Cecere, CEO, (U.S. Certified Mail), 425 Walnut Street, Cincinnati, OH 45202.

Respectfully submitted,

Law Offices of Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtor
Suite 620 •
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

By:  /s/  Michael A. Frank
        Michael A. Frank
        Florida Bar No. 339075